USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                      :

LUIS CARLOS CABRERA, *individually and on behalf* :
*of others similarly situated*,                 :

                                        :             1:26-cv-3133-GHW

                         Plaintiff,   :

                                          :              ORDER

             -v -                :

                                          :

PARKCHESTER PRESERVATION      :
MANAGEMENT LLC, *et al.*,          :

                                          :

                      Defendants.  :

                                          :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On May 8, 2026, Plaintiff submitted a notice of voluntary dismissal, seeking to dismiss this action against Defendants Jeremiah W. O'Connor Jr. and Morton L. Olshan without prejudice under Rule 41(a)(1)(A)(i).  Dkt. No. 30.  In *Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 807 (2d Cir. 2022), the Second Circuit concluded that the Court must evaluate voluntary dismissals of FLSA claims without prejudice under Rule 41(a)(1)(A) to ensure that they do not obscure a settlement.  As a result, the Court cannot endorse Plaintiff's stipulation of dismissal in its current form without conducting appropriate diligence as mandated by the Second Circuit.  The Court will accept a stipulation of dismissal under Rule 41(a)(1)(A)(i) so long as Plaintiff certifies that there has been no settlement of FLSA claims.  Counsel are directed to review the Second Circuit's opinion in *Thunder Lube* and to submit a sworn affidavit in support of the stipulation no later than May 12, 2026.

Mr. Faillace is now again actively engaged in litigating cases arising under the FLSA in this district.  He is expected to be aware of governing Second Circuit precedents, such as *Thunder Lube*.  Failure to disclose or address that governing precedent in connection with the submission of such a

stipulation of dismissal of FLSA claims is not consistent with counsel's duty of candor to the Court.

SO ORDERED.

Dated: May 8, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge