# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 2540
New York, New York 10165
_____

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/8/2026

May 8, 2026

**Via ECF**
Honorable Gregory H. Woods
United States District Judge
500 Pearl Street, Courtroom 12C
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:   **26-cv-03133-GHW Cabrera v. Parkchester Preservation. et al.**

Your Honor:

This office represents Plaintiff in the above-referenced matter.  We write to respectfully request a three-week extension of the deadline to submit an affidavit to the Court, currently scheduled for May 12, 2026.  This is the first request of its kind.  The new deadline would be June 2, 2026.

We recently learned from defense counsel that the two Defendants we attempted to dismiss, Mr. Olshan and Mr. O'Connor, are deceased.  The Plaintiff never reached any settlement with these Defendants; however, we request additional time in order to perform due diligence to determine whether there is an estate representative appointed.

Respectfully Submitted,

/s/ Michael Faillace
Michael Faillace
MICHAEL FAILLACE & ASSOCIATES, P.C.
Attorneys for Plaintiff

Application granted.  The deadline for Plaintiff to submit an affidavit in support of his stipulation of dismissal is extended to June 2, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 32.

SO ORDERED.

Dated:  May 8, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

*Certified as a minority-owned business in the State of New York*