USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:______________
DATE FILED: 8/14/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

LUIS CARLOS CABRERA, *individually and on behalf of others similarly situated,*

*Plaintiffs*,

-against-

DANIEL VASQUEZ,

*Defendants,*

---------------------------------------------------------------X

Civil Action No. 1:26-cv-03133-GHW

**JUDGMENT**

**JUDGMENT**

On August 7, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Luis Carlos Cabrera, has judgment against Daniel Vasquez in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00), which is inclusive of attorneys' fees and costs.

The Clerk of Court is directed to enter judgment in favor of Plaintiff Luis Carlos Cabrera in the amount of $15,000.000 against Defendant Daniel Vasquez and to close this case.

Dated: August 14, 2026

Hon. Judge Gregory H. Woods
U.S. District Judge